IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25MJ366 |
| vs. | ORDER |
| GUADALUPE CABRERA MEJIA, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Guadalupe Cabrera Mejia (Filing No. 15). Cameron H. Call has filed an entry of appearance as retained counsel for Guadalupe Cabrera Mejia. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 15) will be granted.

Yvonne D. Sosa shall forthwith provide Cameron H. Call any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Guadalupe Cabrera Mejia's defense.

The clerk shall provide a copy of this order to Cameron H. Call.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge